AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-8388 MB | Date and time warrant executed: 11/21/22 ; 9:28pm | Copy of warrant and inventory left with: Binance through Kodex Law Enforcement Portal |
| Inventory made in the presence of : N/A | | |

Inventory of the property taken and name of any person(s) seized:

See attached for schedule of funds seized.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/3/23

_____
Executing officer's signature

John L. Pollard, Special Agent
Printed name and title

Binance user ID 771874450, account in the name of SURADET TOTSAPONVISED:

| Currency Name | Currency Code | Network | FBI Seizure Address | Balance | Fee | Transaction Hash | Exchange Rate* | Approximate USD Value* | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|---|---|---|---|---|---|
| GALA | Gala | ERC20 | 0xf88820C59db032c5eb5d8FbC56C7c5005754568d9F | 75,589,553.407047 | 78.00 | 0x5cf0f1880aa2c4c9bc797481506c58a5bc15a8c78d8ef269b9a2ba35ca39252c | $ 0.05322 | $ 4,022,876.03 | 1/23/2023 | 6:18 PM |
| USDT | TetherUS | ERC20 | 0xf88820C59db032c5eb5d8FbC56C7c5005754568d9F | 3,873,201.805214 | 3.55 | 0x89f7b295fecb7d990bb02a28d83e209469b8be7147a746b232576ad7f67dc67 | $ 1.00 | $ 3,873,201.81 | 1/19/2023 | 2:55 AM |
| BNB | BNB | BEP20 | 0xf88820C59db032c5eb5d8FbC56C7c5005754568d9F | 141.75987631 | 0.0005 | 0x7a704d0db0b044abb86fc4ed6ecb5735718afd96d82d9816b0bd3f0a8f60c224 | $ 291.21 | $ 41,281.89 | 1/19/2023 | 2:55 AM |
| BTC | Bitcoin | BTC | bc1qhupxrvc36wquwl90u9r9krmnc74cw98t7m24xq | 1,264.0644196 | 0.0012 | multiple, see below | $ 23,582.05 | $ 29,809,230.35 | see below | see below |
| | | | | | | | Total | $ 37,746,590.08 | | |

*Approximate USD value calculated based on exchange rate obtained from coinmarketcap.com as of transaction date. For BTC rate from final transfer date was used.

Note: due to the large account balance, Binance stated they would have to send balance over multiple days. The total BTC balance was sent in the following transactions:

| Amount | Fee | Transaction Hash | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|
| 200.0654196 | 0.0002 | 5eb66c57925dbc4cba460ab48e9ed0fd8160776804a4fa9538eda4d95a128bef4 | 1/24/2023 | 7:06 PM |
| 239.9998 | 0.0002 | 12cd254e7470cddf9b1a25f35c9bf48ccf39976b9ab506df570da391b2cb4facO | 1/25/2023 | 6:07 PM |
| 223.9998 | 0.0002 | 19b74f158891b2a5a75e70c57c870eacfb6db17d57713b5fa0c167f5b78b67f51c | 1/26/2023 | 5:38 PM |
| 199.9998 | 0.0002 | 1e9cf58a30913f1046fd1d9f41215c4ec58857d2e88972a50d300ed473740bc40 | 1/27/2023 | 9:50 AM |
| 199.9998 | 0.0002 | 02c09de87af0f8f852fcb67b91d7345a1b88e67ca087b73698d64131e25c1522 | 2/1/2023 | 4:22 PM |
| 199.9998 | 0.0002 | f607aaf400f04807e5dba628e86f04d3b996558ea814f56372ae9318d79cab02 | 2/2/2023 | 4:23 PM |

Binance user ID 800952259, account in the name of KOSIT SISAWIGON:

| Currency Name | Currency Code | Network | FBI Seizure Address | Balance | Transaction Hash | Fee | Exchange Rate* | Approximate USD Value* | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|---|---|---|---|---|---|
| BNB | BNB | BEP20 | 0x83075233B51334824F25A4f3B065C30114968eB | 79.15015536 | 0x2c6561685aedaefa1365e3e615b59d48e748324549f1fc3c0a541379946bfdc63 | 0.00021 | $ 299.23 | $ 23,684.10 | 1/17/2023 | 5:30 AM |
| BTC | Bitcoin | BTC | bc1qa7wpkr9xqecOqju9dg4h3zefu9ncw3vzvd5c | 0.09379305 | 9dc359b72dcbfade20a51c33ca4880ddf003def19b3e73c820f959bc81d535c7 | 0.00003144 | $ 21,191.82 | $ 1,987.65 | 1/17/2023 | 5:30 AM |
| USDT | TetherUS | ERC20 | 0x83075233B51334824F25A4f3B065C30114968eB | 935,793.055308 | 0x07426eab9a93b65d6a35e4020106cd42773b901765f825c0f62369b42e1592bb | 0.001174512445141545 ETH | 1.00 | $ 935,793.06 | 1/17/2023 | 5:30 AM |
| | | | | | | | Subtotal | $ 961,464.80 | | |

Binance user ID 42256913, account in the name of LOW LI YU:

| Currency Name | Currency Code | Network | FBI Seizure Address | Balance | Transaction Hash | Fee | Exchange Rate* | Approximate USD Value* | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|---|---|---|---|---|---|
| BNB | BNB | BEP20 | 0xDa7b8394Af83E5e35c6105A454bA50F68bd0dF25 | 5.90402134 | 0x9168fd19f5566f04d1a11107f036a4bd6f509756bf999b0adb662b197ab39898a | 0.00021 | $ 299.23 | $ 1,766.66 | 1/17/2023 | 5:41 AM |
| LIT | Litentry | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F68bd0dF25 | 1,495.72000 | 0xf2d44fb0a43556a5a559f69c8145c618fc05f2b43475d8d53bd9fb81a23f90d | 0.000910182931205658 ETH | 0.9247 | $ 1,383.09 | 1/17/2023 | 5:41 AM |
| FTM | Fantom | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F68bd0dF25 | 48,969.00 | 0xbe9f7dd9b944d9716331119e73870f71de96498357d6f5748428f24586c82c | 0.001008547890092534 ETH | 0.3307 | $ 16,194.05 | 1/17/2023 | 5:41 AM |
| ETH | Ethereum | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F68bd0dF25 | 47.16834 | 0x17b9604acd08525219e9454a1a1b63a29629d2903a5bca9a86c2ed54a28adc20c | 0.000368473802466 | 1,573.87 | $ 74,236.84 | 1/17/2023 | 5:41 AM |
| USDT | TetherUS | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F68bd0dF25 | 203,300.037192 | 0x7229d349a0b0620af4bfc4554c79e69229oef18ce8e196ee094c4545213de9 | 0.001109299155509666 ETH | 1.00 | $ 203,300.04 | 1/17/2023 | 5:41 AM |
| BUSD | BUSD | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F68bd0dF25 | 501.413947 | 0x0a1119a01a0812a11864c3477673cf346924c79e3d75441fe3b32790dd6a2681 | 0.001163938556503391 ETH | 1.00 | $ 501.41 | 1/17/2023 | 5:41 AM |
| | | | | | | | Subtotal | $ 297,382.09 | | |

Grand Total USD Value $ 1,258,846.89

*Approximate USD value calculated based on exchange rate obtained from coinmarketcap.com as of transaction date

Binance user ID 80095259, account in the name of KOSIT SISAWIGON:

| Currency Name | Currency Code | Network | FBI Seizure Address | Balance | Transaction Hash | Fee | Exchange Rate* | Approximate USD Value* | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|---|---|---|---|---|---|
| BNB | BNB | BEP20 | 0x83075233B51334824F25A4F3B065C30114968368 | 79.15015536 | 0xc2c65616B5aedaefa1365e3e615b59d48e7483245a91fc3c0a54137994bfdc63 | 0.00021 | $ 299.23 | $ 23,684.10 | 1/17/2023 | 5:30 AM |
| BTC | Bitcoin | BTC | bc1qa7wpkr9xqecOqju9dg4h3zefuf3rxzw3vzvd5c | 0.09379305 | 9dc359b72dcbfade20a51c33ca4880ddf003def19b3e73c820f959bc81d535c7 | 0.00003144 | $ 21,191.82 | $ 1,987.65 | 1/17/2023 | 5:30 AM |
| USDT | TetherUS | ERC20 | 0x83075233B51334824F25A4F3B065C30114968368 | 935,793.055308 | 0x07426eab9a93b65d6a35e402010cd42773b901765f825c0f623b69b42e1592bb | 0.001174512445141545 ETH | $ 1.00 | $ 935,793.06 | 1/17/2023 | 5:30 AM |
| | | | | | | | Subtotal | $ 961,464.80 | | |

Binance user ID 42256913, account in the name of LOW LI YU:

| Currency Name | Currency Code | Network | FBI Seizure Address | Balance | Transaction Hash | Fee | Exchange Rate* | Approximate USD Value* | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|---|---|---|---|---|---|
| BNB | BNB | BEP20 | 0xDa7b8394Af83E5e35c6105A454bA50F6BbddF25 | 5.90402134 | 0x9168fd19f5566f04d1a1107f036a4bd6f509756bf999b0adb662b197ab39898a | 0.00021 | $ 299.23 | $ 1,766.66 | 1/17/2023 | 5:41 AM |
| LIT | Litentry | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F6BbddF25 | 1,495.72000 | 0xf2d44b0a43556a5a559fd9c8145cf618fcd5f2b434755d8d53bd9fb81a23f90d | 0.000910182931205658 ETH | $ 0.9247 | $ 1,383.09 | 1/17/2023 | 5:41 AM |
| FTM | Fantom | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F6BbddF25 | 48,969.00 | 0xbe9f7cdd9b944d971f633119e7387d7f1de96498357fcdf574842f8214586c82c | 0.001008547890092534 ETH | $ 0.3307 | $ 16,194.05 | 1/17/2023 | 5:41 AM |
| ETH | Ethereum | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F6BbddF25 | 47.16834 | 0x17b9604ac085252f9e9454a1a1b63a29629d2903a5bca9a86c2ed54a28adc20c | 0.000368473802466 ETH | $ 1,573.87 | $ 74,236.84 | 1/17/2023 | 5:41 AM |
| USDT | TetherUS | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F6BbddF25 | 203,300.037192 | 0x7229d349a0b062f0af4bfc4554c79e69229.0ee f18ce8ea196ee094c4545213de9 | 0.001109299155509666 ETH | $ 1.00 | $ 203,300.04 | 1/17/2023 | 5:41 AM |
| BUSD | BUSD | ERC20 | 0xDa7b8394Af83E5e35c6105A454bA50F6BbddF25 | 501.413947 | 0x0a1119a01a0812a11864c347f673cf346924c79e3d7541fe3b327790dde6a2681 | 0.001163938556650391 ETH | $ 1.00 | $ 501.41 | 1/17/2023 | 5:41 AM |
| | | | | | | | Subtotal | $ 297,382.09 | | |

*Approximate USD value calculated based on exchange rate obtained from coinmarketcap.com as of transaction date

Grand Total USD Value  $ 1,258,846.89

Binance user ID 77187450, account in the name of SURADET TOTSAPONVISED:

| Currency Name | Currency Code | Network | FBI Seizure Address | Balance | Fee | Transaction Hash | Exchange Rate* | Approximate USD Value* | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|---|---|---|---|---|---|
| GALA | Gala | ERC20 | 0xf8820C59db032c5eb5d8FbC56C7c500575468d9F | 75,589,553.407047 | 78.00 | 0x5cf0f1880aa2c4c9bc7974815f0fc58a5bc15a48c78d8ef269b9a2ba35ca39252c | $ 0.05322 | $ 4,022,876.03 | 1/23/2023 | 6:18 PM |
| USDT | TetherUS | ERC20 | 0xf8820C59db032c5eb5d8FbC56C7c500575468d9F | 3,873,201.805214 | 3.55 | 0x89f7b295fecb7d990bb02a28d83e20946f9b8be7147a746b232576ad7f67dc67 | $ 1.00 | $ 3,873,201.81 | 1/19/2023 | 2:55 AM |
| BNB | BNB | BEP20 | 0xf8820C59db032c5eb5d8FbC56C7c500575468d9F | 141.75987631 | 0.0005 | 0x7a704d0db0b044abb86fc4ed6ecb5735718f4d96d82d9816b0bd3f0a8f60c224 | $ 291.21 | $ 41,281.89 | 1/19/2023 | 2:55 AM |
| BTC | Bitcoin | BTC | bc1qhupxrvc36wquwl90u9r9krmnc74cw98t7m24xq | 1,264.0644196 | 0.0012 | multiple, see below | $ 23,582.05 | $ 29,809,230.35 | see below | see below |
| | | | | | | | Total | $ 37,746,590.08 | | |

*Approximate USD value calculated based on exchange rate obtained from coinmarketcap.com as of transaction date. For BTC rate from final transfer date was used.

Note: due to the large account balance, Binance stated they would have to send balance over multiple days. The total BTC balance was sent in the following transactions:

| Amount | Fee | Transaction Hash | Transaction Date (UTC) | Transaction Time (UTC) |
|---|---|---|---|---|
| 200.0654196 | 0.0002 | 5eb66c57925dbc4cba460ab48e9ed0fd81607f68044fa9538eda4d95a128bef4 | 1/24/2023 | 7:06 PM |
| 239.9998 | 0.0002 | 12cd254e74770cddf9b1a25f35c9bf48cf3976b9ab506df570da391b2cb4fac0 | 1/25/2023 | 6:07 PM |
| 223.9998 | 0.0002 | 19b74f15891b2a5a75e70c57c870eacfb6db17d5713b5fa0c167f5b78b67f51c | 1/26/2023 | 5:38 PM |
| 199.9998 | 0.0002 | 1e9cf58a30913f10046fd1d9f412154ec58857d2e8897c25d0d300ed473740bc40 | 1/27/2023 | 9:50 AM |
| 199.9998 | 0.0002 | 02c09de87af0f8f852fcb67b91d7345a1b88e67ca087b73698d64131e25c1522 | 2/1/2023 | 4:22 PM |
| 199.9998 | 0.0002 | f607aaf400f04807e5dba628e86f04d3b99655866a814f56372ae9318d79cab02 | 2/2/2023 | 4:23 PM |